■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DENNIS CHRYSLER, Appellant, v SALLY B. JOHNSON, as Superintendent of Orleans Correctional Facility, Respondent. [689 NYS2d 896] —Appeal unanimously dismissed without costs as moot (*see*, *People ex rel. Wilder v Markley*, 26 NY2d 648, *rearg denied* 27 NY2d 737; *People ex rel. Kendricks v Smith*, 52 AD2d 1090).

(Appeal from Judgment of Supreme Court, Erie County, Fahey, J.—Habeas Corpus.) Present—Lawton, J. P., Hayes, Wisner, Pigott, Jr., and Callahan, JJ.